**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jesnel Felix,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-06023-PHX-ASB

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) There is full consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (Doc. 2.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondents state: "Respondents do not oppose the petition at this time." (Doc. 8.) The Court accepts this concession as non-opposition to granting the Petition.[1]

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

---

[1] The Petition asks the Court for other relief, such as an award of costs and reasonable attorneys' fees. (*See* Doc. 1 at 12-14.) However, Petitioner does not provide sufficient support for these requests. (*See id.*) Accordingly, the Court will deny these requests.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 1st day of September, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge